# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:

| | | |
|---|---|---|
| THE BUCKTAIL MEDICAL CENTER, | : | Chapter 11 |
| | : | |
| | : | Case No. 4:15-bk-04297-JJT |
| Debtor(s) | : | |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on <u>October 7, 2015</u>, I served a copy of the <u>Debtor's Motion To Waive Patient Care Ombudsman along with the Order Setting Hearing on an Expedited Basis</u> on the following parties in this matter:

| *Name and Address* | *Mode of Service* |
|---|---|
| Office of the United States Trustee<br>c/o Gregory B. Schiller, Esquire<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101<br>Gregory.b.schiller@usdoj.gov | Electronic Notification |
| Department of Health and Human Services<br>c/o Noreen C. O'Grady, Esquire<br>Suite 418, the Public Ledger Building<br>150 S. Independence Mall W.<br>Philadelphia, PA 19106<br>Noreen.ogrady@hhs.gov | Electronic Notification |
| Office of the United States Attorney<br>c/o David Lew, Esquire<br>633 US Post Office & Courthouse<br>Grant Street<br>Pittsburgh, PA 15222<br>david.lew@usdoj.gov | Electronic Notification |

I certify under the penalty of perjury that the foregoing is true and correct.

Date: <u>October 7, 2015</u>      Name: */s/ Kevin J. Petak*,
                                 Kevin J. Petak, Esquire
                                 P.O. Box 280
                                 Johnstown, PA 15907-0280
                                 Tel: 814.536.0735
                                 Fax: 814.539.1423

Email: [kpetak@spencecuster.com](mailto:kpetak@spencecuster.com)
Proposed Counsel for the Debtor-In-Possession