# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

**THE BUCKTAIL MEDICAL CENTER**

\* Debtor

| | |
|---|---|
| Chapter: | **11** |
| Case Number: | **4-15-bk-04297-JJT** |
| Document No.: | **12** |
| Nature of Proceeding: | **Debtor's Motion to Waive Appointment of Patient Care Ombudsman** |

# ORDER

Pursuant to the hearing held October 27, 2015, regarding the Debtor's Motion to Waive Appointment of Patient Care Ombudsman, (Doc. #12), filed in the above-captioned Chapter 11 bankruptcy case, **IT IS HEREBY**

**ORDERED** that the Motion is denied.

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. § 333, the Office of the United States Trustee is directed to immediately appoint one disinterested person (other than the United States Trustee) to serve as a patient care ombudsman to monitor the quality of patient care and to represent the interests of the patients of the above health care business.

By the Court,

Date: October 28, 2015

John J. Thomas, Bankruptcy Judge

(CMS)