IN RE:

THE BUCKTAIL MEDICAL CENTER

CHAPTER 11

CASE NO.  15-04297- JJT


BALANCE SHEET

# BUCKTAIL MEDICAL CENTER
## BALANCE SHEETS
### FOR THE YEARS ENDED JUNE 30,

| | 2015 | 2014 |
|---|---|---|
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 602,532 | $ 121,225 |
| Restricted cash, resident funds | 18,803 | 14,700 |
| Accounts receivable: | | |
| Patients (net of estimated allowance for doubtful accounts of | | |
| $401,106 in 2014 and $275,000 in 2013. | 601,336 | 559,843 |
| Other | -0- | -0- |
| Estimated third-party payor settlements | 20,423 | 381,374 |
| Inventories of drugs and supplies | 71,051 | 65,651 |
| Prepaid expenses and other current assets | 46,599 | 58,475 |
| Total current assets | 1,360,744 | 1,201,268 |
| | | |
| Assets whose use is limited: | | |
| By board for future capital improvements | 12,935 | 12,089 |
| Total assets whose use is limited | 12,935 | 12,089 |
| | | |
| Property, plant and equipment: | | |
| Property, plant and equipment | 1,331,358 | 1,785,491 |
| Net property, plant and equipment | 1,331,358 | 1,785,491 |
| | | |
| Total assets | $ 2,705,037 | $ 2,998,848 |
| | | |
| **LIABILITIES AND NET ASSETS (DEFICIT)** | | |
| Current liabilities: | | |
| Line of credit | $ 905,000 | $ 905,000 |
| Current maturities of long-term debt: | | |
| Notes payable | 1,294,034 | 1,424,614 |
| Obligation under capital lease | 0 | 83 |
| Resident trust funds | 18,803 | 14,700 |

| | | |
|---|---:|---:|
| Accounts payable | 1,301,832 | 814,165 |
| Estimated third-party payor settlements | -0- | -0- |
| Accrued expenses: | | |
|     Salaries and wages | 34,422 | 63,622 |
|     Vacation wages | 345,406 | 247,199 |
|     Other | 31,688 | 236,812 |
| Deferred revenue | -0- | -0- |
|     Total current liabilities | 3,931,185 | 3,706,195 |
| | | |
| Long-term debt: | | |
| Notes payable | -0- | -0- |
| Obligation under capital lease | -0- | -0- |
| | | |
| Deferred revenue | 283,383 | 514,645 |
| | | |
|     Total liabilities | 4,214,568 | 4,220,840 |
| | | |
| Net assets (deficit): | | |
|   Unrestricted | (1,509,531) | (1,221,992) |
|   Temporarily restricted | -0- | -0- |
|     Total net assets (deficit) | (1,509,531) | (1,221,992) |
| | | |
| Total liabilities and net assets (deficit) | $ 2,705,037 | $ 2,998,848 |