IN RE:

THE BUCKTAIL MEDICAL CENTER

CHAPTER 11

CASE NO. 15-04297- JJT

STATEMENT OF OPERATIONS

BUCKTAIL MEDICAL CENTER
STATEMENTS OF OPERATIONS
FOR THE YEARS ENDED JUNE 30,

|  | 2015 | 2014 |
|---|---:|---:|
| Unrestricted revenues, gains and other support: | | |
|   Patient service revenues (net of contractual allowances and discounts) | $ 5,671,044 | $ 5,215,441 |
|   Provision for bad debts | (279,053) | (451,029) |
|     Net patient service revenues less provision for bad debts | 5,391,991 | 4,764,412 |
|   Other revenues | 1,033,556 | 864,491 |
|   Net assets released from restrictions used for operations | -0- | -0- |
|     Total unrestricted revenues, gains, and other support | 6,425,547 | 5,628,903 |
| Expenses: | | |
|   Salaries and wages | 2,561,787 | 2,416,386 |
|   Supplies and expenses | 1,967,522 | 2,424,147 |
|   Professional fees | 748,915 | 781,331 |
|   Employee benefits | 716,113 | 634,180 |
|   Depreciation and amortization | 497,476 | 561,377 |
|   Interest expense | 144,292 | 120,565 |
|   Insurance | 123,030 | 80,388 |
|     Total expenses | 6,759,135 | 7,018,374 |
|     Operating loss | (333,588) | (1,389,471) |
| Other income (expense), net: | | |
|   Contributions and grants | 44,875 | 52,081 |
|   Investment income, primarily interest | 328 | 298 |
|   Gains on sale and disposal of property and equipment | -0- | -0- |

| | | |
|---|---:|---:|
| Total other income, net | 45,203 | 52,379 |
| Revenues in excess of (less than) expenses | (288,385) | (1,337,092) |
| Unrealized gain on long-term investment | 846 | 2,597 |
| Net assets released from restrictions used for purchase of property and equipment | -0- | 52,567 |
| Increase (decrease) in unrestricted net assets | $(287,539) | $(1,281,928) |